TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-94-00714-CV







City of Austin, Appellant



v.



Tim Ramsey and Sue Ramsey Individually and as Heirs of the Estate


of Patricia Kay Ramsey, Deceased, Appellees







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT


NO. 94-01922, HONORABLE JOSEPH H. HART, JUDGE PRESIDING







PER CURIAM




 Appellant City of Austin has filed a motion to dismiss the appeal pursuant to a
settlement agreement. The motion is granted. Tex. R. App. P. 59(a)(1)(B).

 The appeal is dismissed.


Before Chief Justice Carroll, Justices Aboussie and Jones

Dismissed on Appellant's Motion

Filed: April 5, 1995

Do Not Publish